*Exhibit A*

# Register of Actions

|  | Filed by Plaintiff/Petitioner | **Case Number:** 2025CV030369 | **Division:** 21 |
|---|---|---|---|
|  | Filed by Defendant/Respondent | **Case Type:** Other | **Judicial Officer:** Michael P Mchenry |
|  | Filed by Court | **Case Caption:** Fortune, Jeremy v. Experian Information Solutions Inc et al | **Court Location:** El Paso County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 392369C6AAD04 | 02/20/2025 7:36 AM | Matthew R Osborne | The Ramos Injury Firm LLP | Jeremy Fortune | Complaint w/Jury Demand *(Related Document)* | Complaint w/Jury Demand | Public |
|  |  |  |  |  | Summons *(Related Document)* | Summons | Public |
|  |  |  |  |  | Civil Case Cover Sheet *(Related Document)* | Civil Case Cover Sheet | Public |

# Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| American Credit Acceptance Llc | Defendant | Active | N/A |
| Equifax Information Services Llc | Defendant | Active | N/A |
| Experian Information Solutions Inc | Defendant | Active | N/A |
| Jeremy Fortune | Plaintiff | Active | ASHLIE KAYLENE FRANZ (The Ramos Injury Firm LLP) MATTHEW R OSBORNE (The Ramos Injury Firm LLP) TRENT ALAN WALLACE (The Ramos Injury Firm LLP) |
| Trans Union Llc | Defendant | Active | N/A |

☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 S Tejon Street<br>Colorado Springs, Colorado 80903 | DATE FILED<br>February 20, 2025 7:36 AM<br>FILING ID: 392369C6AAD04<br>CASE NUMBER: 2025CV30369 |
| Plaintiff(s): Jeremy Fortune<br><br>v.<br><br>Defendant(s): Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union, LLC; American Credit Acceptance, LLC | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>RAMOS LAW<br>Matthew R. Osborne #40835<br>Ashlie Franz #58662<br>Trent Wallace #60754<br>10190 Bannock St., Suite 200<br>Northglenn, CO 80260<br>Phone Number: 720.623.0098<br>E-mail: mosborne@ramoslaw.com<br>           afranz@ramoslaw.com<br>           twallace@ramoslaw.com | Case Number: |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,
COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT
AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross- claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐   This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☒   This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

>   By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

   **Or**

   ❑   Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☒   This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date:  February  20,  2025                          s/Matthew R. Osborne
                                                    Signature of Attorney


**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

| District Court, _____El Paso_____County, Colorado<br>Court Address:<br><br>270 S Tejon Street, Colorado Springs, CO 80903 | |
|---|---|
| Plaintiff   Jeremy Fortune<br><br>v.<br><br>Defendant   Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union, LLC; American Credit Acceptance, LLC | DATE FILED<br>February 20, 2025 7:36 AM<br>FILING ID: 392369C6AAD04<br>CASE NUMBER: 2025CV30369<br><br>▲   **COURT USE ONLY**   ▲<br><br>Case Number:<br><br>Division:          Courtroom: |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE NAMED DEFENDANT:** Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union, LLC; American Credit Acceptance, LLC

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: February 20, 2025

s/Matthew R. Osborne
Attorney for Plaintiff

10190 Bannock Street, Suite 200

Northglenn, CO 80260
Address of Attorney for Plaintiff

720-623-0098
Attorney's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, STATE OF COLORADO<br>Court Address:<br>270 S Tejon Street<br>Colorado Springs, Colorado 80903 | DATE FILED<br>February 20, 2025 7:36 AM<br>FILING ID: 392369C6AAD04<br>CASE NUMBER: 2025CV30369 |
| Plaintiff(s): Jeremy Fortune<br><br>v.<br><br>Defendant(s): Experian Information Solutions, Inc.; Equifax Information Services, LLC; Trans Union, LLC; American Credit Acceptance, LLC | **COURT USE ONLY** |
| Attorneys for Plaintiff:<br>RAMOS LAW<br>Matthew R. Osborne #40835<br>Ashlie Franz #58662<br>Trent Wallace #60754<br>10190 Bannock St., Suite 200<br>Northglenn, CO 80260<br>Phone Number: 720-623-0098<br>E-mail: mosborne@ramoslaw.com<br>     afranz@ramoslaw.com<br>     twallace@ramoslaw.com | Case Number:<br><br>Division     Courtroom |
| COMPLAINT AND JURY DEMAND | |

COMES NOW Plaintiff Jeremy Fortune ("Plaintiff"), by and through his attorneys, and for his Complaint against Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services, LLC ("Equifax"), Trans Union, LLC ("Trans Union") (collectively "CRA Defendants"), and American Credit Acceptance, LLC ("ACA") (all collectively "Defendants"), states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) as Plaintiff resides in this district and a substantial part of the events giving rise to Plaintiff's claims occurred in this district.

**PARTIES**

3. Plaintiff is a natural person residing in Fountain, Colorado.

4. Defendant Experian is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and regularly conducts business in Colorado.

5. Defendant Equifax is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and regularly conducts business in Colorado.

6. Defendant Trans Union is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and regularly conducts business in Colorado.

7. Defendant ACA is a furnisher of information as contemplated by the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b), that regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with consumers.

**FACTUAL ALLEGATIONS**

8. In 2019, Plaintiff financed a motorcycle through ACA.

9. Plaintiff maintained timely payments on the ACA account throughout the life of the loan.

10. In April 2023, Plaintiff was involved in an accident, and his insurance company, Progressive, provided a payout to satisfy the loan.

11. On May 15, 2023, Plaintiff made a payment of $7,315.00 toward the ACA loan.

12. Statements from ACA dated June 18, 2023, July 19, 2023, and August 19, 2023, all confirmed a balance of $0.00.

13. The June 2023 statement specifically indicated that no payment was due until December 2024.

14. Despite these facts, Defendants began reporting the ACA account as charged off.

15. The payment history grid in Plaintiff's credit reports shows no past due amounts or balances during the relevant timeframe, making the charge-off notation logically inconsistent with the reported payment history.

16. On or around November 22, 2024, and again on January 13, 2025, Plaintiff submitted detailed written disputes to each CRA Defendant, providing documentation proving the falsity of the reporting.

17. Upon information and belief, the CRA Defendants forwarded Plaintiff's disputes to ACA pursuant to 15 U.S.C. § 1681i(a)(2).

18. Upon information and belief, ACA received notification of Plaintiff's disputes from the CRA Defendants.

19. Upon information and belief, the CRA Defendants failed to conduct reasonable reinvestigations of Plaintiff's disputes as required by 15 U.S.C. § 1681i.

20. Upon information and belief, ACA failed to conduct a reasonable investigation of the disputed information, failed to review all relevant information provided by the CRA Defendants, and failed to appropriately modify, delete, or block the inaccurate information.

21. Defendants continued to report the erroneous charge-off notation despite clear evidence of its inaccuracy.

22. As a result of Defendants' actions, Plaintiff's credit score has dropped approximately 100 points, severely impacting his ability to obtain vehicle financing and causing him significant harm.

### FIRST CAUSE OF ACTION Violation of 15 U.S.C. § 1681e(b)
### (Against CRA Defendants)

23. Plaintiff incorporates by reference all preceding paragraphs as though fully stated herein.

24. Pursuant to 15 U.S.C. § 1681e(b), the CRA Defendants were required to follow reasonable procedures to assure maximum possible accuracy of the information they reported about Plaintiff.

25. The CRA Defendants violated 15 U.S.C. § 1681e(b) by reporting logically inconsistent information, namely a charge-off notation while simultaneously showing no past due amounts or balance in the payment history grid during the relevant timeframe. Further, the CRA Defendants falsely reported that the dispute between Plaintiff and ACA was resolved, when they had actual knowledge it was not, along with falsely reporting that Plaintiff previously disputed the false information when they had actual knowledge he currently and still does dispute the false information.

26. The CRA Defendants' violations were willful, entitling Plaintiff to recover actual damages, statutory damages, punitive damages, and reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1681n.

27. Alternatively, the CRA Defendants' violations were negligent, entitling Plaintiff to recover actual damages and reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1681o.

### SECOND CAUSE OF ACTION Violation of 15 U.S.C. § 1681i
### (Against CRA Defendants)

28. Plaintiff incorporates by reference all preceding paragraphs as though fully stated herein.

29. Pursuant to 15 U.S.C. § 1681i, the CRA Defendants were required to conduct reasonable reinvestigations of Plaintiff's disputes.

30. The CRA Defendants violated 15 U.S.C. § 1681i by failing to conduct reasonable reinvestigations of Plaintiff's disputes, including but not limited to:

    a. Failing to review all relevant information provided by Plaintiff;

    b. Failing to forward all relevant information to ACA;

    c. Failing to consider the logical inconsistency between the charge-off notation and payment history;

    d. Failing to correct the inaccurate information after reinvestigation.

31. The CRA Defendants' violations were willful, entitling Plaintiff to recover actual damages, statutory damages, punitive damages, and reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1681n.

32. Alternatively, the CRA Defendants' violations were negligent, entitling Plaintiff to recover actual damages and reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1681o.

**THIRD CAUSE OF ACTION Violation of 15 U.S.C. § 1681s-2(b)**
**(Against ACA)**

33. Plaintiff incorporates by reference all preceding paragraphs as though fully stated herein.

34. Pursuant to 15 U.S.C. § 1681s-2(b), upon receiving notice of a dispute from a consumer reporting agency, ACA was required to conduct an investigation with respect to the disputed information, review all relevant information provided by the consumer reporting agencies, and appropriately modify, delete, or block information that was inaccurate, incomplete, or could not be verified.

35. ACA violated 15 U.S.C. § 1681s-2(b) by:

    a. Failing to conduct a reasonable investigation of Plaintiff's disputes;

    b. Failing to review all relevant information provided by the CRA Defendants;

    c. Failing to appropriately modify, delete, or block information that could not be verified as accurate;

    d. Continuing to report inaccurate information to the CRA Defendants after receiving notice of Plaintiff's disputes;

    e. Falsely reporting that the dispute between Plaintiff and ACA was resolved, and that Plaintiff no longer disputed the inaccurate information.

36. ACA's violations were willful, entitling Plaintiff to recover actual damages, statutory damages, punitive damages, and reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1681n.

37. Alternatively, ACA's violations were negligent, entitling Plaintiff to recover actual damages and reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1681o.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

- A. Actual damages in an amount to be determined at trial;
- B. Statutory damages of $1,000 per violation;
- C. Punitive damages in an amount to be determined at trial;
- D. Reasonable attorneys' fees and costs;
- E. Such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted this 20th day of February 2025.

          **RAMOS LAW**

          */s/ Matthew R. Osborne*
          Matthew R. Osborne #40835
          Ashlie Franz #58662
          Trent Wallace #60754
          RAMOS LAW
          10190 Bannock St., Suite 200
          Northglenn, CO 80260
          Phone Number: 720.623.0098
          E-mail: mosborne@ramoslaw.com
                  afranz@ramoslaw.com
                  twallace@ramoslaw.com

          *Attorneys for Plaintiff*