**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00856

JEREMY FORTUNE,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; AMERICAN CREDIT ACCEPTANCE, LLC,

    Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE OF RYAN M. SUGDEN**

---

Ryan M. Sugden, of the law firm Stinson LLP, as a member in good standing of the bar of this Court, hereby enters his appearance on behalf of Defendant American Credit Acceptance, LLC.

Respectfully submitted this 21st day of March, 2025.

    *s/ Ryan M. Sugden*
    Ryan M. Sugden, CO# 49499
    **STINSON LLP**
    1144 Fifteenth Street, Suite 2400
    Denver, CO 80202
    Phone: 303.376.8405
    Facsimile: 303.578.7985
    Email: ryan.sugden@stinson.com

    *Attorney for Defendant American Credit Acceptance, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

mosborne@ramoslaw.com
afranz@ramoslaw.com
twallace@ramoslaw.com

*/s/ Ryan M. Sugden*
**ATTORNEY FOR DEFENDANT AMERICAN CREDIT ACCEPTANCE, LLC**

CORE/1003791.0082/197250867.2