# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00856

JEREMY FORTUNE,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; AMERICAN CREDIT ACCEPTANCE, LLC,

    Defendants.

---

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN CREDIT ACCEPTANCE, LLC TO ANSWER OR OTHERWISE RESPOND**

---

Pursuant to Local Rule 6.1(a), Defendant American Credit Acceptance, LLC ("ACA") and Plaintiff Jeremy Fortune ("Plaintiff") jointly stipulate that ACA shall have an additional 21 days to respond to Plaintiff's Complaint. In support of this stipulation, the parties state as follows:

1.    District Court of Colorado Local Civil Rule 6.1 provides that "parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading[.]"

2.    On February 20, 2025, Plaintiff filed his Complaint in the District Court of El Paso County, State of Colorado.

3.    On February 24, 2025, Plaintiff served his Complaint on ACA.

4. On March 17, 2025, Defendant Equifax Information Services, LLC removed the case to federal court.

5. ACA's current deadline to answer is March 24, 2025.

6. ACA seeks an extension of twenty-one (21) days, through and including April 14, 2025, to answer or otherwise respond to the Complaint.

7. Additional time is needed to obtain the relevant materials and fully evaluate the claims raised so that a proper answer and/or response can be filed.

8. ACA does not seek this extension to delay this proceeding.

9. No other extension of time has been previously granted concerning this deadline.

10. Pursuant to District of Colorado Local Civil Rule 6.1(c), undersigned counsel certifies that they are contemporaneously serving their clients with a copy of this stipulation.

11. This stipulation is "effective on filing, unless otherwise ordered." D.C.COLO.LCivR 6.1(a).

WHEREFORE, pursuant to District Court of Colorado Local Civil Rule 6.1, ACA shall have an extension of time in which to respond to Plaintiff's Complaint, up to and including April 14, 2025.

Respectfully submitted this 21st day of March, 2025.

*s/ Ryan M. Sugden*

Ryan M. Sugden, CO# 49499
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Phone: 303.376.8405
Facsimile: 303.578.7985
Email: ryan.sugden@stinson.com

*Attorney for Defendant American Credit Acceptance, LLC*


*s/ Matthew Osborne*
Matthew Osborne, CO# 40835
**RAMOS LAW**
10190 Bannock St.
Suite 200
Northglenn, CO 80202
Telephone: (720) 623-0098
Facsimile: (303) 865-5666
Email:mosborne@ramoslaw.com

*Attorney for Plaintiff Fortune*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

mosborne@ramoslaw.com
afranz@ramoslaw.com
twallace@ramoslaw.com

*/s/ Ryan M. Sugden*
**ATTORNEY FOR DEFENDANT AMERICAN CREDIT ACCEPTANCE, LLC**